UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniel Robert Ortiz,<br><br>              Plaintiff,<br><br>    v.<br><br>Long Island University, Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>              Defendants. | Case No: 1:23-cv-05534-FB-VMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO EXPERIAN INFORMATION SOLUTIONS, INC** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant Experian Information Solutions, Inc. only, with each party to bear its respective attorney's fees and costs.

Experian Information Solutions, Inc. has not served an answer, motion or otherwise appeared in this action.

Dated: August 25, 2023

                                         **SANDERS LAW GROUP**

                                         By:    */s/ Nicola C. Richards*
                                         Nicola C. Richards, Esq.
                                         333 Earle Ovington Blvd, Suite 402
                                         Uniondale, NY 11553
                                         Tel: (516) 203-7600
                                         Email: nrichards@sanderslaw.group
                                         File No.: 127889
                                         *Attorneys for Plaintiff*