UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniel Robert Ortiz,<br><br>        Plaintiff,<br><br>v.<br><br>Long Island University, Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>        Defendants. | Case No: 1:23-cv-05534-FB-VMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO TRANS UNION, LLC** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant Trans Union, LLC only, with each party to bear its respective attorney's fees and costs.

Trans Union, LLC has not served an answer, motion or otherwise appeared in this action.

Dated: September 14 2023        **SANDERS LAW GROUP**

                                             By:   */s/ Nicola C. Richards*
                                             Nicola C. Richards, Esq.
                                             333 Earle Ovington Blvd, Suite 402
                                             Uniondale, NY 11553
                                             Tel: (516) 203-7600
                                             Email: nrichards@sanderslaw.group
                                             File No.: 127889
                                             *Attorneys for Plaintiff*