**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 127889
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>LONG ISLAND UNIVERSITY, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>    Defendants. | Case No: 1:23-cv-05534-FB-VMS<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff DANIEL ORTIZ by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Notice of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Long Island University, only.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and all terms of settlement have been consummated.

DATED: October 19, 2023

                                             **SANDERS LAW GROUP**

                                             By: <u>*/s/ Nicola C. Richards*</u>
                                             Nicola C. Richards, Esq.
                                             333 Earle Ovington Blvd, Suite 402
                                             Uniondale, NY 11553
                                             Tel: (516) 203-7600
                                             Email: nrichards@sanderslaw.group
                                             *Attorneys for Plaintiff*